# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV382

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL** |
| $4,249.00 ) | |
| ) | |
| IN UNITED STATES CURRENCY ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss filed December 19, 2007.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and this action is hereby **DISMISSED WITH PREJUDICE.**

Signed: December 27, 2007

Lacy H. Thornburg
United States District Judge